BRISTOL SAVINGS BANK, APPELLEE, V. EMMETT E. FIELD
ET AL., APPELLANTS.

FILED FEBRUARY 9, 1899.   No. 8708.

Judicial Sales: DECREE SELF-OPERATING.   A decree of the district
    court directing the sale of real property to be made by the
    sheriff need not be supplemented by a formal order of the
    clerk of the district court to give efficacy to such decree.

APPEAL from the district court of Buffalo county.
Heard below before WESTOVER, J.   Affirmed.

B. O. Hostetler, for appellants.

References:  Nebraska Loan & Trust Co. v. Hamer, 40
Neb. 282; Hooper v. Castetter, 45 Neb. 67; Burkett v. Clark,
46 Neb. 466.

Dryden & Main, contra.

References:  Rector v. Rotton, 3 Neb. 171; Fried v.
Stone, 14 Neb. 402.

RYAN, C.

This is an appeal from an order of confirmation of a
sale made under the authority of a decree of foreclosure
entered by the district court of Buffalo county.   In this
decree there were directions with respect to the enforce-
ment of its provisions, as follows: "That said premises
be sold, and an order of sale shall be issued to the sheriff
of Buffalo county, Nebraska, commanding him to sell
the above described premises as upon execution," and
"that he shall execute to the purchaser of said real estate

a good and sufficient deed of conveyance therefor and put such purchaser in the actual possession of said premises." It is urged, in argument, that the above quoted language required that an order of sale issue to authorize the sheriff to act, and that without a formal order of the character indicated the sheriff was without authority to sell. The sheriff had a certified copy of the decree upon which he relied as his authority to make the sale, and in this we think he was·clearly justified. In *Mc-Kinley-Lanning Loan & Trust Co. v. Hamer*, 52 Neb. 709, it was pointed out that the issuance by the clerk of a formal order to supplement the provisions of the decree was entirely unnecessary. The sheriff was acting in this matter merely as the agency of the court, and this agency would not have been strengthened, or better evidenced, if the clerk, as such, had directed the sheriff to carry out the decree directing a sale. The judgment of the district court is

AFFIRMED.